UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────────X

THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRISTOPHER T. CONFREY, JOHN
CRONIN, JOSEPH BYRNE, KENNETH KLEMENS, JR., JOHN        **DEFAULT JUDGMENT**
F. O'HARE, WILLIAM TYSON and MICHAEL SALGO,
and INTERNATIONAL UNION OF OPERATING ENGINEERS         20-CIV-8207 (NSR)
LOCAL 14-14B, AFL-CIO, BY ITS BUSINESS MANAGER
EDWIN L. CHRISTIAN,

                       Plaintiffs,

     -against-

BAROCO CONTRACTING CORPORATION,

                       Defendant.
──────────────────────────────────────────X

      The Court grants Plaintiffs' motion for default judgment and the Clerk of the Court is directed to enter judgment against Defendant BAROCO CONTRACTING CORPORATION in the amount of $35,834.41 which has been calculated as follows: (1) $21,935.60 in ERISA contributions; (2) $4,266.14 in interest owed through August 14, 2020; (3) $317.31 in additional interest calculated at the annual rate of 6.0% from August 15, 2020 through November 10, 2020 (the date of Plaintiffs' motion); (4) $4,583.45 in statutory damages in the amounts of interest calculated pursuant to (2) and (3) herein; (5) $2,730.00 in attorneys' fees; (6) $460.00 in costs and disbursements; (7) $1,517.96 in non-ERISA contributions; and (8) $23.95 in interest thereon calculated at the annual rate of 9.0% from September 8, 2020 (the date of the



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2021

audit report) through November 10, 2020 (the date of Plaintiffs' motion) in accordance with Section 5004 of the New York CPLR.

Dated: White Plains, New York
      March 4, 2021

**SO ORDERED:**

_____
**The Honorable Nelson S. Roman**
**United States District Judge**